

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2016

No. 04-16-00381-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellants' brief is due on August 29, 2016.  *See* TEX. R. APP. P. 38.6(a).  On August 17, 2016, Appellants filed an unopposed first motion for a forty-five day extension of time to file their brief until October 13, 2016.

Appellants' motion is GRANTED.  Appellants' brief is due on October 13, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2016.

_____
Keith E. Hottle
Clerk of Court